IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JESSIE LYNN FISHER, 1118539, § | |
| § | |
| Petitioner, § | |
| § | |
| § | Civil Action No. 3:06-CV-1146-L |
| v. § | |
| § | |
| NATHANIEL QUARTERMAN, Director § | |
| Texas Department of Criminal Justice, § | |
| Correctional Institutions Divisions, § | |
| § | |
| Respondent. § | |

## ORDER

This is a habeas case brought under 28 U.S.C. § 2254. Pursuant to 28 U.S.C. §636(b), and an order of the court in implementation thereof, this action was referred to the United States magistrate judge for proposed findings and recommendation. On June 22, 2007, the Findings, Conclusions and Recommendation of the United States Magistrate Judge were filed, to which no objections were filed.

The magistrate judge recommended that the petition for writ of habeas corpus be denied with prejudice for failure to make a substantial showing of the denial of a federal right. Having reviewed the pleadings, file and record in this case, and the findings and conclusions of the magistrate judge, the court determines that they are correct. Accordingly, the magistrate judge's findings and conclusions are accepted as those of the court. Petitioner's petition for writ of habeas corpus is **denied**, and this action is **dismissed with prejudice** for failure to make a substantial showing of the

**Order – Page 1**

denial of a federal right.  *See* 28 U.S.C. § 2244(d).  A final judgment dismissing this case with prejudice will be issued by separate document.

**It is so ordered** this 31st day of July, 2007.

_____
Sam A. Lindsay
United States District Judge